UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Liberty Mutual Insurance Company,

           Plaintiff,

    -vs-

Laro Maintenance Corporation, et al.

           Defendants.
---------------------------------------------------------------X

ORDER

CV-04-2936 (SJF)

Laro Maintenance Corporation, et. al.,

           Plaintiffs,

    -vs-

Liberty Insurance Corporation, et. al.

           Defendants.
---------------------------------------------------------------X

ORDER

CV-04-3865 (SJF)

FEUERSTEIN, J.

    It having been reported to the Court that the above-captioned cases have been settled, it is ORDERED that the cases are discontinued with leave to re-open on ten (10) days notice by either party to the Court should settlement not be consummated. The Clerk of Court is directed to close the cases.

SO ORDERED.

Sandra J. Feuerstein
United States District Judge

Dated: Brooklyn, NY
       July 22, 2005